# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **PAUL D. CROCKETT** | **CASE NO. 3:22-CV-00047** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 13th day of September 2022.

_____
Terry A. Doughty
United States District Judge